AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ARMACELL CANADA INC.,

        Plaintiff,

v.

KITCHEN PODULAR LLC.,

        Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:24-CV-01746-RFB-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in Plaintiff's favor. The Court enters default judgment against Defendant Kitchen Podular LLC., for Plaintiff Armacell Canada Inc., in the amount of TWO HUNDRED FIFTY-FOUR THOUSAND SIX HUNDRED FORTY-ONE AND EIGHTY-SIX CENTS ($254,641.86).

| | |
|---|---|
| ___January 31, 2025___ | ___DEBRA K. KEMPI___ |
| Date | Clerk |
| | |
| | __/s/   LE_____ |
| | Deputy Clerk |